100 A.3d 570

**James SAMPLE, Petitioner**

**v.**

**COMMON PLEAS COURT OF PHILADELPHIA COUNTY CLERK OF the COURT (CRIMINAL DIV.) and Common Pleas Court of Philadelphia Judge Honorable Peter F. Rogers, Respondents.**

**No. 104 EM 2014.**

Supreme Court of Pennsylvania.

Sept. 16, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 16th day of September, 2014, the Application for Leave to File Original Process and the Petition for Writ of Mandamus are **GRANTED.** The Court of Common Pleas of Philadelphia County is **DIRECTED** to adjudicate Petitioner's petition within 90 days of this order. The Prothonotary shall **STRIKE** the name of the jurist from the caption.